W. W. Daviess, Appellant, v. James P. Harding et al., Appellees.

Gen. No. 42,313.

Heard in second division, first district, this court at June term, 1942; opinion filed October 26, 1942. Hubbard, Baker & Rice, for appellant; Reese Hubbard and Alvin Glen Hubbard, of counsel; Ryan, Condon & Livingston, for appellees; John M. Tuohy and Robert I. Livingston, of counsel. Opinion by PRESIDING JUSTICE SULLIVAN. "Not to be published in full."